UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KELLY,<br>　　　　　　　　　Plaintiff,<br>v.<br>WARDEN, Calipatria State Prison, et al.,<br>　　　　　　　　　Defendant. | Case No.: 17cv1998-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 34) is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**. Although the joint motion mentions settlement, the Court does not retain jurisdiction to interpret or enforce the parties' settlement agreement. The motion for summary judgment (Docket no. 28) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: May 17, 2019

　　　　　　　　　　　　　　　　*/s/ Larry A. Burns*
　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　Chief United States District Judge